Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON FLOOR COVERING INDUSTRY FUND; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, | CASE NO.: 2:19-cv-01479-MJP <br><br> **ORDER** |
| Plaintiffs, | |
| vs. | |
| D CIULLA FLOORING LLC, a dissolved Washington limited liability company; DOMINIC JOHN CIULLA dba D CIULLA FLOORING; DOMINIC JOHN CIULLA, an individual; DOES & ROES I-X, | |
| Defendants. | |

CHRISTENSEN JAMES & MARTIN
11900 NE 1st St., Ste 300, Bldg G Bellevue, WA 98005
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (425) 462-4045 / (702) 255-1718
wes@cjmlv.com
smcdonald@theurbanlawfirm.com
*Counsel for the Plaintiffs*

This matter comes before the Court on Plaintiffs' ex parte motion for leave to serve Defendants D Ciulla Flooring LLC, a dissolved Washington limited liability company, Dominic John Ciulla doing business as D Ciulla Flooring, and Dominic John Ciulla, individually, by publication and by mail. Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

A plaintiff may, among other methods, serve a defendant located in the United States by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). In Washington, service by publication is permitted under limited circumstances such as when a defendant who is a resident of Washington (1) cannot be found within the state, despite the plaintiff's diligence, and (2) "keeps himself or herself concealed" within the state "with intent to . . . avoid the service of a summons." *See* Wash. Rev. Code § 4.28.100. Service by mail is permissible when the circumstances would justify service by publication and the defendant is likely to receive actual notice. Wash. Super. Ct. Civ. R. 4(d)(4); *Rolf v. United States*, 2007 WL 445449, slip op. at 3 (W.D. Wash. 2007).

Plaintiffs have made diligent efforts to serve Defendants at multiple addresses in Washington. (*See* Dkt. Nos. 6-1 – 6-4.) Plaintiffs have discovered—through business cards, check stubs, business entity records, contractor license records, and motor vehicle registrations—multiple addresses, phone numbers, and email addresses that Defendants may be reached at. (*Id.*) Plaintiffs have visited these addresses on multiple occasions, spoken to neighbors and current residents, called phone numbers, and attempted to email Defendants. (*Id.*) Plaintiffs have made diligent efforts to find Defendants for in-person service, despite being unsuccessful, and Plaintiffs' extensive efforts tend to indicate that Defendants are concealing themselves in order to avoid service.

**ORDER**
Case No. 2:19-cv-01479-MJP

Page 2

CHRISTENSEN JAMES & MARTIN
11900 NE 1st St., Ste 300, Bldg G Bellevue, WA 98005
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (425) 462-4045 / (702) 255-1718
wes@cjmlv.com
smcdonald@theurbanlawfirm.com
*Counsel for the Plaintiffs*

For the foregoing reasons, Plaintiffs' *ex parte* motion for leave to serve Defendants by publication and mail (Dkt. No. 6) is GRANTED.

Further, on October 24, 2019, Plaintiffs sent a copy of the Summons and Complaint to Defendants via USPS Certified Mail, Return Receipt Requested, to the address 23210 57th Ave W, PO Box 445, Mountlake Terrace, WA 98043-0445, which had been listed as a contact address for the D Ciulla Flooring contractor's license with the Washington Department of Labor and Industries. (Dkt. No. 6-4.) The address is a Post Office Box at the USPS Post Office location in Mountlake Terrace. The return receipt was signed and returned, with a postmark dated October 30, 2019. (*Id.*) The signature on the return receipt closely resembles Dominic Ciulla's signature on the labor agreement. (*Compare* Dkt. No. 6-4 *with* Dkt. No. 6-5.) Thus, Plaintiffs successfully accomplished service by mail on the Defendants on October 30, 2019.

Dated this 14th day of November, 2019.

Marsha J. Pechman
United States District Judge

**ORDER**
Case No. 2:19-cv-01479-MJP

Page 3

CHRISTENSEN JAMES & MARTIN
11900 NE 1st St., Ste 300, Bldg G Bellevue, WA 98005
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (425) 462-4045 / (702) 255-1718
wes@cjmlv.com
smcdonald@theurbanlawfirm.com
*Counsel for the Plaintiffs*